IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>GERMAN ORTIZ LUEVANO,<br><br>        Defendant. | 4:15CR3095<br><br>**ORDER** |

IT IS ORDERED:

1) The motion of attorney David Stickman to withdraw as counsel of record for defendant, (filing no. 23), is granted.

2) Defendant's newly retained counsel, Matthew R. Kahler, shall promptly notify the defendant of the entry of this order.

3) The clerk shall delete Mr. Stickman from any future ECF notifications herein.

April 19, 2016.

                                          BY THE COURT:

                                          *s/ Cheryl R. Zwart*
                                          United States Magistrate Judge