IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:15-CR-3095 |
| vs. | ORDER |
| GERMAN ORTIZ LUEVANO, | |
| Defendant. | |

This matter is before the Court on the plaintiff's Motion to Dismiss (filing 32). Pursuant to Fed. R. Crim. P. 48(a), leave of court is granted for dismissal of the indictment, without prejudice, as it relates to the above-captioned defendant.

IT IS ORDERED:

1. The plaintiff's Motion to Dismiss (filing 32) is granted.

2. The indictment is dismissed without prejudice.

3. This case is closed.

Dated this 14th day of June, 2016.

BY THE COURT:

John M. Gerrard
United States District Judge